Scott M. LANDESMAN; et al., Plaintiffs—Appellees,

v.

THE KEYS CONDOMINIUM OWNERS ASSOCIATION, Defendant—Appellant.

No. 04–17386.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided March 30, 2005.

D. Scott Chang, Esq., D. Scott Chang, Esq., Belmont, CA, Kerry M. Gough, Esq., Gough & Cohen, Oakland, CA, for Plaintiffs–Appellees.

John Joseph Stander, Esq., Max A. Truax, Esq., Paul P. Terry, Esq., Angius & Terry, LLP, Walnut Creek, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court has not abused its discretion here. We therefore affirm the district court's order granting in part and denying in part the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v.*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*United Press International,* 686 F.2d 750, 752 (9th Cir.1982).

AFFIRMED.

---

\* Attorney General Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.